# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

JAN 23 2007

GREGORY
CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 03-cr-00036-RPM-19 |
| | USM Number: 31642-013 |
| BRIAN QUINTANA | Mark Rubinstein, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 05/06/06 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 3, 2007
Date of Imposition of Judgment

Signature of Judge

Richard P. Matsch, U.S. District Judge
Name & Title of Judge

January 23, 2007
Date

DEFENDANT: BRIAN QUINTANA
CASE NUMBER: 03-cr-00036-RPM-19

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 4 months to run concurrent with the state court sentence imposed in case no. 06CR2903.

The court orders a stay of execution until February 26, 2007, to enable the Bureau of Prisons to designate the same state facility designated by the Department of Corrections for service of sentence.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal